# EXHIBIT

# A

# ALABAMA SJIS CASE DETAIL

alacourt.com

**PREPARED FOR: M VOSS**
**12/12/2024 10:37:27 AM**

County: **03** Case Number: **CV-2024-901755.00** Court Action:
Style: **DOROTHY WILSON V. PUBLIX SUPER MARKETS INC**

Real Time

## Case

### Case Information

County: 03-MONTGOMERY
Case Number: CV-2024-901755.00
Judge: BER:BROOKE E REID
Style: DOROTHY WILSON V. PUBLIX SUPER MARKETS INC
Filed: 11/12/2024
Case Status: ACTIVE
Case Type: NEGLIGENCE-GENERAL
Trial Type: BENCH
Track:
Appellate Case: 0
No of Plaintiffs: 1
No of Defendants: 1

### Damages

Damage Amt: 0.00
Punitive Damages: 0.00
General Damages: 0.00
No Damages:
Compensatory Damages: 0.00
Pay To:
Payment Frequency:
Cost Paid By:

### Court Action

Court Action Code:
Court Action Desc:
Court Action Date:
Num of Trial days: 0
Num of Liens: 0
Judgment For:
Dispositon Date of Appeal:
Disposition Judge: :
Disposition Type:
Revised Judgement Date:
Minstral:
Appeal Date:
Date Trial Began but No Verdict (TBNV1):
Date Trial Began but No Verdict (TBNV2):

### Comments

Comment 1:
Comment 2:

### Appeal Information

Appeal Date:
Appeal Case Number:
Appeal Court:
Appeal Status:
Orgin Of Appeal:
Appeal To:
Appeal To Desc:
LowerCourt Appeal Date:
Disposition Date Of Appeal:
Disposition Type Of Appeal:

### Administrative Information

Transfer to Admin Doc Date:
Transfer Reason:
Transfer Desc:
Number of Subponeas:
Last Update: 11/12/2024
Updated By: AJA

## Parties

### Party 1 - Plaintiff INDIVIDUAL - WILSON DOROTHY

#### Party Information

Party: C001-Plaintiff
Name: WILSON DOROTHY
Type: I-INDIVIDUAL
Index: D PUBLIX SUPER
Alt Name:
Hardship: No
JID: BER
Address 1: 516 S. PERRY STREET
Phone: (334) 000-0000

Address 2:
City: MONTGOMERY State: AL Zip: 36104-0000 Country: US
SSN: XXX-XX-X999 DOB: Sex: Race:

### Court Action

Court Action: Court Action Date:
Amount of Judgement: $0.00 Court Action For: Exemptions:
Cost Against Party: $0.00 Other Cost: $0.00 Date Satisfied:
Comment: Arrest Date:
Warrant Action Date: Warrant Action Status: Status Description:

### Service Information

Issued: Issued Type: Reissue: Reissue Type:
Return: Return Type: Return: Return Type:
Served: Service Type Service On: Served By:
Answer: Answer Type: Notice of No Service: Notice of No Answer:

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | LUC014 | | LUCK AARON JOHN | AALUCK@HOTMAIL.COM | (334) 262-1911 |

## *Party 2 - Defendant BUSINESS - PUBLIX SUPER MARKETS INC*

### Party Information

Party: D001-Defendant Name: PUBLIX SUPER MARKETS INC Type: B-BUSINESS
Index: C WILSON DOROT Alt Name: Hardship: No JID: BER
Address 1: CORP CREATIONS NETWORK IN Phone: (334) 000-0000
Address 2: 4000 EAGLE POINT CORP DR
City: BIRMINGHAM State: AL Zip: 35242-0000 Country: US
SSN: XXX-XX-X999 DOB: Sex: Race:

### Court Action

Court Action: Court Action Date:
Amount of Judgement: $0.00 Court Action For: Exemptions:
Cost Against Party: $0.00 Other Cost: $0.00 Date Satisfied:
Comment: Arrest Date:
Warrant Action Date: Warrant Action Status: Status Description:

### Service Information

Issued: 11/12/2024 Issued Type: C-CERTIFIED MAIL Reissue: Reissue Type:
Return: Return Type: Return: Return Type:
Served: 11/18/2024 Service Type C-CERTIFIED MAIL Service On: Served By:
Answer: Answer Type: Notice of No Service: Notice of No Answer:

### Attorneys

| Number | Attorney Code | Type of Counsel | Name | Email | Phone |
|---|---|---|---|---|---|
| Attorney 1 | 000000 | | PRO SE | | |

## *Financial*

### *Fee Sheet*

| Fee Status | Admin Fee | Fee Code | Payor | Payee | Amount Due | Amount Paid | Balance | Amount Hold | Garnish Party |
|---|---|---|---|---|---|---|---|---|---|
| ACTIVE | N | AOCC - CERT-AOC | C001 | | $8.44 | $8.44 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CONV - CONV FEE | C001 | | $15.38 | $15.38 | $0.00 | $0.00 | 0 |
| ACTIVE | N | CV05 - CV OVER $50K | C001 | | $301.00 | $301.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | SERV - DOC SVC FEE | C001 | | $30.00 | $30.00 | $0.00 | $0.00 | 0 |
| ACTIVE | N | VADM - VADM FEE | C001 | | $45.00 | $45.00 | $0.00 | $0.00 | 0 |
| | | | | **Total:** | $399.82 | $399.82 | $0.00 | $0.00 | |

## Financial History

| Transaction Date | Description | Disbursement Accoun | Transaction Batch | Receipt Number | Amount | From Party | To Party | Money Type | Admin Fee | Reason | Attorney | Operator |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/12/2024 | RECEIPT | AOCC - CERT-AOC | 2025031 | 36763500 | $8.44 | C001 | 000 | Credit Card | N | | | HEE |
| 11/12/2024 | CREDIT | CONV - CONV FEE | 2025031 | 36763600 | $15.38 | C001 | 000 | Cash | N | | | HEE |
| 11/12/2024 | RECEIPT | CV05 - CV OVER $50K | 2025031 | 36763700 | $301.00 | C001 | 000 | Credit Card | N | | | HEE |
| 11/12/2024 | RECEIPT | SERV - DOC SVC FEE | 2025031 | 36763800 | $30.00 | C001 | 000 | Credit Card | N | | | HEE |
| 11/12/2024 | RECEIPT | VADM - VADM FEE | 2025031 | 36763900 | $45.00 | C001 | 000 | Credit Card | N | | | HEE |

## Case Action Summary

| Date: | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 11/12/2024 | 3:28 PM | ECOMP | COMPLAINT E-FILED. | LUC014 |
| 11/12/2024 | 3:29 PM | FILE | FILED THIS DATE: 11/12/2024 (AV01) | AJA |
| 11/12/2024 | 3:29 PM | EORD | E-ORDER FLAG SET TO "Y" (AV01) | AJA |
| 11/12/2024 | 3:29 PM | ASSJ | ASSIGNED TO JUDGE: BROOKE E REID (AV01) | AJA |
| 11/12/2024 | 3:29 PM | SCAN | CASE SCANNED STATUS SET TO: N (AV01) | AJA |
| 11/12/2024 | 3:29 PM | TDMN | BENCH/NON-JURY TRIAL REQUESTED (AV01) | AJA |
| 11/12/2024 | 3:29 PM | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | AJA |
| 11/12/2024 | 3:29 PM | ORIG | ORIGIN: INITIAL FILING (AV01) | AJA |
| 11/12/2024 | 3:29 PM | C001 | C001 PARTY ADDED: WILSON DOROTHY (AV02) | AJA |
| 11/12/2024 | 3:29 PM | C001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 11/12/2024 | 3:29 PM | C001 | LISTED AS ATTORNEY FOR C001: LUCK AARON JOHN(AV02) | AJA |
| 11/12/2024 | 3:29 PM | C001 | C001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 11/12/2024 | 3:29 PM | D001 | D001 PARTY ADDED: PUBLIX SUPER MARKETS INC (AV02) | AJA |
| 11/12/2024 | 3:29 PM | D001 | INDIGENT FLAG SET TO: N (AV02) | AJA |
| 11/12/2024 | 3:29 PM | D001 | LISTED AS ATTORNEY FOR D001: PRO SE (AV02) | AJA |
| 11/12/2024 | 3:29 PM | D001 | CERTIFIED MAI ISSUED: 11/12/2024 TO D001 (AV02) | AJA |
| 11/12/2024 | 3:29 PM | D001 | D001 E-ORDER FLAG SET TO "Y" (AV02) | AJA |
| 11/18/2024 | 6:29 PM | D001 | SERVICE OF CERTIFIED MAI ON 11/18/2024 FOR D001 | AJA |
| 11/18/2024 | 6:29 PM | ESERC | SERVICE RETURN - D001 - COMPLAINT | |

## Images

| Date: | Doc# | Title | Description | Pages |
|---|---|---|---|---|
| 11/12/2024 3:28:05 PM | 1 | CIVIL_COVER_SHEET | CIRCUIT COURT - CIVIL CASE | 1 |
| 11/12/2024 3:28:06 PM | 2 | COMPLAINT | | 4 |
| 11/12/2024 3:30:26 PM | 3 | COMPLAINT - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |
| 11/12/2024 3:30:28 PM | 4 | COMPLAINT - SUMMONS | E-NOTICE TRANSMITTALS | 1 |
| 11/18/2024 6:30:03 PM | 5 | SERVICE RETURN | SERVICE RETURN - D001 - COMPLAINT | 1 |
| 11/18/2024 6:30:10 PM | 6 | SERVICE RETURN - TRANSMITTAL | E-NOTICE TRANSMITTALS | 2 |

***END OF THE REPORT***

ELECTRONICALLY FILED
11/12/2024 3:28 PM
03-CV-2024-901755.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

State of Alabama
Unified Judicial System
Form ARCiv-93 Rev. 9/18

# COVER SHEET
# CIRCUIT COURT - CIVIL CASE
(Not For Domestic Relations Cases)

Cas[e Number:]
03[-CV-2024-901755.00]
Date of Filing: 11/12/2024
Judge Code:

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**
**DOROTHY WILSON v. PUBLIX SUPER MARKETS INC**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other: ______

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/ Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/ Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ **INITIAL FILING** A ☐ **APPEAL FROM DISTRICT COURT** O ☐ **OTHER**
R ☐ **REMANDED** T ☐ **TRANSFERRED FROM OTHER CIRCUIT COURT**

**HAS JURY TRIAL BEEN DEMANDED?** ☐ **YES** ☑ **NO**
**Note:** Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ **MONETARY AWARD REQUESTED** ☐ **NO MONETARY AWARD REQUESTED**

**ATTORNEY CODE:**
LUC014    11/12/2024 3:28:04 PM    /s/ AARON JOHN LUCK
Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ **YES** ☐ **NO** ☑ **UNDECIDED**

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ **YES** ☑ **NO**

ELECTRONICALLY FILED
11/12/2024 3:28 PM
03-CV-2024-901755.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

**IN THE CIRCUIT COURTOF MONTGOMERY COUNTY, ALABAMA**

| | | |
|---|---|---|
| **DOROTHY WILSON,** | * | |
| **Plaintiff,** | * | |
| **vs.** | * | **CASE NO. CV-24-** |
| **PUBLIX SUPER MARKETS, INC.**<br>**FICTICIOUS DEFENDANTS A, B AND C** | * | |
| | * | |
| **Defendants.** | * | |

## COMPLAINT

**COMES NOW** Plaintiff, by and through undersigned counsel, and hereby complains of the Defendants as follows:

## JURISDICTION, VENUE AND PARTIES

1. Plaintiff, Dorothy Wilson, is a resident of Montgomery County, Alabama, and is over the age of 19 years.

2. Defendant, Publix Super Markets, Inc., is a foreign corporation, doing business in the State of Alabama, at all times relevant to this complaint.

3. Fictitious Defendant A is the owner, operator, franchisee or similar individual or entity responsible for the operations of the Publix store located on Zelda Road in Montgomery County whose actions were negligent and/or wanton resulting in Wilson falling in the store, on or about November 15, 2022.

4. Fictitious Defendant B is the individual or entity responsible for the maintenance, upkeep, cleaning, mopping, waxing or similar tasks within the Publix store located on Zelda Road in Montgomery Alabama, whose actions were negligent and/or wanton resulting in Wilson falling in the store, on or about November 15, 2022.

5. Fictitious Defendant C is the contractor, subcontractor, individual, entity, owner, operator, franchisee or similar individual or entity responsible for either the operations or maintenance, upkeep, cleaning, mopping, waxing or similar tasks of the Publix store located on Zelda Road in Montgomery County whose actions were negligent and/or wanton resulting in Wilson falling in the store, on or about November 15, 2022.

6. The amount in controversy exceeds this Courts minimum jurisdictional limit and this cause of action arises out of a slip and fall which occurred in Montgomery County, Alabama.

## STATEMENT OF FACTS

7. Plaintiff adopts and incorporates each and every allegation of paragraphs one through six above.

8. On or about November 15, 2022, Wilson slipped and fell on a wet floor while shopping in the Publix on Zelda Road in Montgomery, Alabama. She sustained sever and substantial injuries which require ongoing treatment.

## CAUSES OF ACTION

### COUNT ONE - NEGLIGENCE

9. Plaintiff adopts and incorporates each and every allegation of paragraphs one through eight above.

10. Publix and/or other individuals unknown to Plaintiff at this time, Fictitious Defendants A, B, and C, were under a duty to conduct any and all operations in their store in a reasonable and prudent manner. Defendants breached this duty when they allowed the floor to be in an unsafe condition without any warning signs.

11. As a proximate result of Defendants' negligence, Wilson has suffered severe physical damage to her person, emotional distress, mental anguish, lost wages, pain, suffering, medical expenses and property damage.

WHEREFORE, premises considered, Plaintiff respectfully requests judgment for such an amount of compensatory damages, interest, attorney's fees and costs deemed just and reasonable under the facts and circumstances of this case.

**COUNT TWO – RECKLESS/WANTON CONDUCT**

12. Plaintiff adopts and incorporates each and every allegation of paragraphs one through eleven above.

13. Publix and/or other individuals unknown to Plaintiff at this time, Fictitious Defendants A, B, and C, were under a duty to conduct any and all operations in their store in a reasonable and prudent manner. Defendants recklessly breached this duty when they allowed the floor to be in an unsafe condition without any warning signs.

14. As a proximate result of Defendants' reckless/wanton conduct Wilson has suffered severe physical damage to her person, emotional distress, mental anguish, lost wages, pain, suffering, medical expenses and property damage.

WHEREFORE, premises considered, Plaintiff respectfully requests judgment for such an amount of compensatory and punitive damages, interest, attorney's fees and costs deemed just and reasonable under the facts and circumstances of this case.

Plaintiff adopts and incorporates each and every allegation of paragraphs one through ten above.

**COUNT THREE – NEGLIGENT TRAINING AND/OR SUPERVISION**

15. Plaintiff adopts and incorporates each and every allegation of paragraphs one through fourteen above.

16. Publix and/or other individuals unknown to Plaintiff at this time Fictitious Defendants A, B, and C were under a duty to conduct any and all operations of their store in a reasonable and prudent manner. Employees, agents and/or servants of any/all of these defendants were under a duty to ensure that all employees, agents and servants are properly trained and

supervised. These Defendants breached their duty by failing to properly train and supervise employees, agents and servants.

17. As a proximate result of Defendants' negligent training and/or supervision, Wilson has suffered severe physical damage to her person, emotional distress, mental anguish, lost wages, pain, suffering, medical expenses and property damage.

WHEREFORE, premises considered, Plaintiff respectfully requests judgment for such an amount of compensatory damages, interest, attorney's fees and costs deemed just and reasonable under the facts and circumstances of this case.

Respectfully submitted November 12, 2024.

Respectfully submitted,

/s/ Aaron J. Luck
AARON J. LUCK (LUC014)
Attorney for Plaintiff

OF COUNSEL:
McPhillips Shinbaum, L.L.P.
516 S. Perry Street
P.O. Box 64
Montgomery, AL 36101-0064
Phone (334) 262-1911
Fax (334) 263-2321

AlaFile E-Notice

03-CV-2024-901755.00

To: AARON JOHN LUCK
ajlms@icloud.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DOROTHY WILSON V. PUBLIX SUPER MARKETS INC
03-CV-2024-901755.00

The following complaint was FILED on 11/12/2024 3:28:05 PM

Notice Date: 11/12/2024 3:28:05 PM

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260

USPS CERTIFIED MAIL

9214 8901 7301 4103 2400 1011 95

251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

**03-CV-2024-901755.00**

To: PUBLIX SUPER MARKETS INC
CORP CREATIONS NETWORK IN
4000 EAGLE POINT CORP DR
BIRMINGHAM, AL 35242

# NOTICE OF ELECTRONIC FILING

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**

**DOROTHY WILSON V. PUBLIX SUPER MARKETS INC**
**03-CV-2024-901755.00**

The following complaint was FILED on 11/12/2024 3:28:05 PM

Notice Date: 11/12/2024 3:28:05 PM

**GINA J. ISHMAN**
**CIRCUIT COURT CLERK**
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL 36104

334-832-1260

| State of Alabama<br>Unified Judicial System<br>Form C-34 Rev. 7/2023 | **SUMMONS<br>- CIVIL -** | **Court Case Number**<br>03-CV-2024-901755.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA**
**DOROTHY WILSON V. PUBLIX SUPER MARKETS INC**

**NOTICE TO:** PUBLIX SUPER MARKETS INC, CORP CREATIONS NETWORK IN 4000 EAGLE POINT CORP DR, BIRMINGHAM, AL 35242

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
AARON JOHN LUCK ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 516 SOUTH PERRY STREET, MONTGOMERY, AL 36104 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request below of DOROTHY WILSON *[Name(s)]* pursuant to the Alabama Rules of the Civil Procedure.

| 11/12/2024 | /s/ GINA J. ISHMAN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested. /s/ AARON JOHN LUCK

*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

*Certified Mail*

☐ Return receipt of certified mail received in this office on ______________ .
*(Date)*

*Personal/Authorized*

☐ I certify that I personally delivered a copy of this Summons and the Complaint or other document to ______________ in ______________ County, Alabama on ______________ .
*(First and Last Name of Person Served)* *(Name of County)* *(Date)*

Document left:

☐ with above-named Defendant;
☐ with an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;
☐ at the above-named Defendant's dwelling house or place or usual place of abode with some person of suitable age and discretion then residing therein.

*Return of Non-Service*

☐ I certify that service of process of this Summons and the Complaint or other document was refused by ______________ in ______________ County, Alabama on ______________ who is:
*(First and Last Name of Person Served)* *(Name of County)* *(Date)*

☐ the above-named Defendant;
☐ an individual authorized to receive service of process pursuant to Rule 4(c), Alabama Rules of Civil Procedure;

☐ As a designated process server pursuant to Rule 4(i)(1)(B), Alabama Rules of Civil Procedure, I certify that I am at least 19 years of age, I am not a party to this proceeding, and I am not related within the third degree by blood or marriage to the party seeking service of process.

| | | |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | *(Address of Server)* |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Server's Printed Name)* | |
| *(Badge or Precinct Number of Sheriff or Constable)* | *(Telephone Number of Designated Process Server)* | |

UNITED STATES POSTAL SERVICE

November 18, 2024

Dear Circuit Clerk:

**UJS Information**

Case Number: 03-CV-2024-901755.00
Document Type: Complaint
Restricted Delivery Requested: No

Intended Recipient:
PUBLIX SUPER MARKETS INC (D001)
CORP CREATIONS NETWORK IN
4000 EAGLE POINT CORP DR
BIRMINGHAM, AL 35242

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4103 2400 1011 95**.

## Item Details

| | |
|---|---|
| **Status:** | Delivered to Agent, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | November 18, 2024, 2:55 pm |
| **Location:** | BIRMINGHAM, AL 35242 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

## Recipient Signature

Signature of Recipient: (Authorized Agent)



Address of Recipient: 4000 EAGLE PT CORP DR 35242

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

AlaFile E-Notice

03-CV-2024-901755.00
Judge: BROOKE E REID

To: LUCK AARON JOHN
ajlms@icloud.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DOROTHY WILSON V. PUBLIX SUPER MARKETS INC
03-CV-2024-901755.00

The following matter was served on 11/18/2024

**D001 PUBLIX SUPER MARKETS INC**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260

AlaFile E-Notice

03-CV-2024-901755.00

Judge: BROOKE E REID

To: PUBLIX SUPER MARKETS INC (PRO SE)
CORP CREATIONS NETWORK IN
4000 EAGLE POINT CORP DR
BIRMINGHAM, AL, 35242-0000

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DOROTHY WILSON V. PUBLIX SUPER MARKETS INC
03-CV-2024-901755.00

The following matter was served on 11/18/2024

**D001 PUBLIX SUPER MARKETS INC**

**Corresponding To**

CERTIFIED MAIL

ELECTRONIC CERTIFIED MAIL RETURN

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260

ELECTRONICALLY FILED
12/12/2024 11:42 AM
03-CV-2024-901755.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, ALABAMA
GINA J. ISHMAN, CLERK

**IN THE CIRCUIT COURT OF MONTGOMERY COUNTY ALABAMA**

| | |
|---|---|
| **DOROTHY WILSON,**<br><br>**Plaintiff,**<br><br>**v**<br><br>**PUBLIX SUPER MARKETS, INC. et al.**<br><br>**Defendants.** | **03-CV-2024-901755**<br><br>**DEFENDANT DEMANDS TRIAL BY STRUCK JURY** |

**PUBLIX SUPER MARKETS, INC.'S NOTICE OF FILING REMOVAL**

Publix Super Markets, Inc. gives notice that it filed a Notice of Removal in the United States District Court for the Middle District of Alabama, Northern Division.

Respectfully submitted,

December 12, 2024

***s/ Margaret C. Key***
M. Jansen Voss
(ASB-6815-E68V)(VOS001)
Margaret C. Key
(ASB-7956-U16Z)(CLA128)
Attorneys for Publix

**OF COUNSEL**:
CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, Alabama 35203
T (205) 795-6588 F (205) 328-7234
mjvoss@csattorneys.com
mckey@csattorneys.com

## CERTIFICATE OF SERVICE

I certify on December 12, 2024, I served a copy of this document and any attachments on counsel for all parties via electronic filing or by placing same in the United States Mail, properly addressed and first-class postage prepaid to:

Aaron J. Luck
MCPHILLIPS SHINBAUM, LLP
516 S. Perry St.
P.O. Box 64
Montgomery, AL 36101
aaluck@hotmail.com

***/s/ Margaret C. Key***
**OF COUNSEL**

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DOROTHY WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO.: _______________ |
| | ) | |
| PUBLIX SUPER MARKETS, INC., et al., | ) | Removed from Circuit Court of Montgomery County, Alabama, 03-CV-2024-901755 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF REMOVAL

COMES NOW, Defendant Publix Super Markets, Inc. ("Publix" or "Defendant") and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby gives Notice of Removal of this action from the Circuit Court of Montgomery County, Alabama to the United States District Court for the Middle District of Alabama, Northern Division. As grounds for this removal, Publix states as follows:

## I. PROCEDURAL HISTORY

This is a slip and fall case originally filed in Montgomery County Circuit Court seeking compensatory and punitive damages against Publix Super Markets, Inc., a Florida-based company. Exhibit A. Publix was served on November 18, 2024. Exhibit A. The complete record in the Circuit Court of Montgomery County,

Alabama as of the date of this removal is attached as Exhibit "A". 28 U.S.C. § 1446(a).

## II. REMOVAL IS PROCEDURALLY PROPER

### A. Civil Action

This suit is a civil action within the meaning of the Acts of Congress relating to the removal of cases. 28 U.S.C. § 1441(a).

### B. All Defendants Join.

There are no named co-defendants to the lawsuit other than fictitious defendants, therefore the requirement of unanimity is satisfied. 28 U.S.C. § 1446(b)(2)(A).

### C. Venue is Proper.

This Notice of Removal is filed in the United States District Court for the Middle District of Alabama Northern Division and is within the district and division embracing the place where the state court case was filed. 28 U.S.C. § 1446(b). Thus, venue is proper in the United States District Court for the Middle District of Alabama, Northern Division.

### D. Removal is Timely.

Plaintiff served Defendant with the Summons and Complaint on November 18, 2024. A true and correct copy of the Return of Service is contained in Exhibit A. Therefore, this Notice of Removal is timely filed under 28 U.S.C. § 1446(b).

### E. State Court File

The complete state court file is attached hereto as Exhibit A.

**F. Notice in State Court Action.**

The Defendant provided notice of the Defendant's Removal in the state court action. See Exhibit A.

## III. BASIS OF REMOVAL- DIVERSITY OF CITIZENSHIP

Title 28 U.S.C. § 1441(a), provides that "any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant…to the district court of the United States for the district and division embracing the place where such action is pending." 28 U.S.C § 1441(a); *see Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987) ("Only…actions that originally could have been filed in federal court may be removed to federal court by the defendant.").

This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1332(a) because the matter in controversy exceeds the sum or value of $75,000.00 and because the matter is between citizens of different states. See 28 U.S.C. § 1332(a).

**A. The Parties are completely diverse.**

According to the Complaint, Plaintiff is over nineteen years old and a resident citizen of Montgomery County, Alabama. Ex. A. Defendant Publix Super Markets,

Inc.'s is a Florida corporation, with its principal place of business in Florida. Exhibit B, Alabama Secretary of State website printout.

Although the Complaint names fictitious parties as defendants, the possible domicile or location of fictitious parties should not be considered when determining whether complete diversity of citizenship exists. 28 U.S.C. § 1441(b)(1). S*ee Lujan v. Defenders of Wildlife*, 504 U.S. 555, 561 (1992). There is complete diversity of citizenship in this case. This case is therefore removable pursuant to 28 U.S.C. § 1441(a), because this Court has original jurisdiction pursuant to 28 U.S.C. § 1332.

**B. The amount in controversy exceeds $75,000.00.**

When a complaint does not state the amount in controversy, a notice of removal may do so. 28 U.S.C. § 1446(c)(2)(A); *Pretka v. Kolter City Plaza II, Inc.*, 608 F.3d 744, 754 (11th Cir. 2010) (quoting *Williams v. Best Buy, Inc.*, 269 F.3d 1316, 1319 (11th Cir. 2001) ("If the jurisdictional amount is not facially apparent from the complaint, the court should look to the notice of removal and may require evidence relevant to the amount in controversy at the time the case was removed."). A defendant need only make a short and plain statement of the grounds for removal. *Dart v. Cherokee Basin Operating Company, LLC, et al. v. Owens*, 135 S. Ct. 547, 551 (2014) ("a statement 'short and plain' need not contain evidentiary submissions"). A removing party "must only show that the amount in controversy

more likely than not exceeds the jurisdictional requirement," *Bullock v. United Benefit Ins. Co.*, 165 F. Supp. 2d 1255, 1258-59 (M.D. Ala. 2001) (DeMent, J.).

This Court may rely on "reasonable deductions, reasonable inferences, or other reasonable extrapolations from the pleadings" and "judicial experience and common sense" to determine whether the amount in controversy requirement is satisfied. *Roe v. Michelin N. Am. Inc.,* 613 F.3d 1058, 1061-62 (11th Cir. 2010). The most recent amendment to §1446 has been interpreted by at least one court as a clear statement of Congressional intent to slow down, if not prevent, federal courts from remanding diversity cases where there is no ad damnum clause, but where the parties and the court know from their exercise of good sense and experience that the claim exceeds $75,000. *Smith v. State Farm Fire & Cas. Co*., 868 F. Supp. 2d 1333 (N.D. Ala. 2012). Otherwise, a "mini-trial would be required in every diversity case removed pursuant to 28 U.S.C. § 1446(c)(2)(A) and (B)." Id. at 1334.

Here, Plaintiff's Complaint seeks an unspecified amount of compensatory and punitive damages. In the Complaint, Plaintiff claims:

- Severe physical damage
- Emotional distress
- Mental anguish
- Lost wages
- Pain

- Suffering
- Medical Expenses
- Property Damage

(See Ex. A, ¶ 11, 14, 17).

Plaintiff's alleged medical bills are roughly over $16,000.00 and expected to increase. Additionally, Plaintiff's counsel claims Plaintiff's medical providers have recommended she undergo surgery on her left and right wrists and left and right knee. Plaintiff further claims those surgeries are related to the slip and fall made the basis of the lawsuit. Plaintiff's $16,000.00 in current medical bills and four potential future surgeries put the amount in controversy in excess of the $75,000.00 jurisdictional requirement.

Damage awards in Alabama personal injury cases routinely exceed the jurisdictional minimum. *See*, *e.g.*, *Pitt v. Century II, Inc.,* 631 So. 2d 235 (Ala. 1993) (reinstating jury's $300,000 compensatory damages award to plaintiff's with leg and ankle injuries, $12,000 in medical, and 10% permanent impairment rating); *Sears, Roebuck and Co. v. Harris*, 630 So.2d 1018 (Ala. 1993) (remitting $750,000 compensatory award to plaintiff who suffered from carbon monoxide poisoning to $100,000, where hospital costs were only $1,962, and plaintiff had no permanent health problems); *Precise Engineering, Inc. v. LaCombe*, 624 So.2d 1339 (Ala.

1993) ($2.7 million compensatory damages award for plaintiff injured in scaffolding accident held not excessive).

Plaintiff also asserts a claim of wantonness against Defendant Publix, which may entitle her to punitive damages if wantonness is proven by clear and convincing evidence. Ala. Code § 6-11-20; (*See* Exhibit A). In determining whether the prerequisite for the jurisdictional amount in controversy is met, a court must consider a claim for punitive damages unless it is apparent to a legal certainty that such cannot be recovered. *Lowe's OK Used Cars, Inc. v. Acceptance Ins. Co.*, 995 F. Supp. 1388, 1389 (M.D. Ala. 1998).

Alabama law permits an award of punitive damages in an amount three times the compensatory damages awarded or $500,000.00, whichever is greater. See ALA. CODE § 6-11-20(a) (providing for an award of punitive damages where a defendant consciously or deliberately engaged in fraud); ALA. CODE §6-11-21(a) (capping punitive damages as indicated above). Moreover, an Alabama Federal Court has found that any punitive damages award that is "reasonably aimed at punishing a large company's fraudulent behavior [would have to be substantial.]" *Battle v. Nationwide Ins. Co.*, No. 2:19-CV-01348-SGC 2020 WL 978807, at *4 (N.D. Ala. Feb. 28, 2020) (*quoting Roe v. Michelin North America, Inc.*, 637 F. Supp. 2d 995, 998 (M.D. Ala 2009), *aff'd* 613 F. 3d 1058 (11th Cir. 2010) ("any award that is soundly and

honestly calculated to punish a deter [a large company's] wanton behavior…would have to be substantial."")).

Where a Plaintiff asserts punitive damages against a business defendant, punitive damages can be substantial in spite of the statutory damages cap. *See, e.g. Target Media Partners Operating Co., LLC v. Specialty Mktg. Corp.*, 177 So. 3d 843 (Ala. 2013) (Affirming judgment entered against magazine distributor in favor of publisher for compensatory damages of $851,552 for breach of contract, punitive damages of $630,000 for promissory fraud, and punitive damages of $503,400 for fraudulent misrepresentation); *Patel v. Patel*, 708 So. 2d 159 (Ala. 1998) (Affirming judgment entered on jury verdict for $85,908 in compensatory damages and $225,000 in punitive damages, a 2.6:1 ratio as reasonable where purchasers of motel sued seller for breach of contract and fraudulent misrepresentation).

The Plaintiff has made specific factual allegations that, combined with reasonable inferences and reasonable extrapolations, establish that the amount in controversy in this case exceeds the jurisdictional minimum. *Pretka*, 608 F. 3d 753-54. While Publix denies the Plaintiff is entitled to any recovery whatsoever, the amount in controversy exceeds $75,000.00, exclusive of interest and costs, as evidenced by the allegations in the Complaint and the exercise of good sense and experience. If Plaintiff contests Publix's allegations that the requisite amount in controversy is present, Publix requests the opportunity for both sides to submit proof

so that the Court can decide, by a preponderance of the evidence whether the requirements have been satisfied. *See Dart Cherokee Basin Operating Co., LLC v. Owens*, 135 S. Ct. 547, 554 (2014).

## IV. ADDITIONAL REQUIREMENTS FOR REMOVAL

A copy of this Notice of Removal is being served upon all counsel of record. By filing this Notice of Removal, Defendant Publix does not waive any defense that may be available to it.

## V. CONCLUSION

WHEREFORE, Publix files this Notice of Removal so as to effect the removal of this action from the Circuit Court Montgomery County, Alabama, to this Court. Publix prays this Honorable Court will make such other orders as may be appropriate to effect the preparation and filing of a true record in this cause so that all proceedings that may have been had in said Circuit Court are removed to this Court. Publix further prays the removal of this cause to this Court should be effected and that no further or other proceeding shall be had with respect to this cause in the Circuit Court of Montgomery County, Alabama.

Respectfully submitted this the 12th day of December, 2024.

***s/ Margaret C. Key***
M. Jansen Voss
Margaret C. Key
*Attorneys for Defendant Publix Super Markets, Inc.*

**OF COUNSEL:**
CHRISTIAN & SMALL, LLP
505 20th Street North, Suite 1800
Birmingham, Alabama 35203
Phone: (205) 795-6588
mjvoss@csattorneys.com
mckey@csattorneys.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following; and I hereby certify that I have mailed by United States Postal Service the document to any non-CM/ECF participants:

Aaron J. Luck
MCPHILLIPS SHINBAUM, LLP
516 S. Perry St.
P.O. Box 64
Montgomery, AL 36101
aaluck@hotmail.com

***s/ Margaret C. Key***
OF COUNSEL

AlaFile E-Notice

03-CV-2024-901755.00

To: MARGARET C KEY
mckey@csattorneys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DOROTHY WILSON V. PUBLIX SUPER MARKETS INC
03-CV-2024-901755.00

The following NOTICE OF REMOVAL was FILED on 12/12/2024 11:42:23 AM

Notice Date: 12/12/2024 11:42:23 AM

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260

AlaFile E-Notice

03-CV-2024-901755.00

To: PUBLIX SUPER MARKETS INC (PRO SE)
CORP CREATIONS NETWORK IN
4000 EAGLE POINT CORP DR
BIRMINGHAM, AL, 35242-0000

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DOROTHY WILSON V. PUBLIX SUPER MARKETS INC
03-CV-2024-901755.00

The following NOTICE OF REMOVAL was FILED on 12/12/2024 11:42:23 AM

Notice Date: 12/12/2024 11:42:23 AM

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260

AlaFile E-Notice

03-CV-2024-901755.00

To: LUCK AARON JOHN
ajlms@icloud.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DOROTHY WILSON V. PUBLIX SUPER MARKETS INC
03-CV-2024-901755.00

The following NOTICE OF REMOVAL was FILED on 12/12/2024 11:42:23 AM

Notice Date: 12/12/2024 11:42:23 AM

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260

AlaFile E-Notice

03-CV-2024-901755.00

To: MARGARET C KEY
mckey@csattorneys.com

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

DOROTHY WILSON V. PUBLIX SUPER MARKETS INC
03-CV-2024-901755.00

The following NOTICE OF REMOVAL was FILED on 12/12/2024 11:42:23 AM

Notice Date: 12/12/2024 11:42:23 AM

GINA J. ISHMAN
CIRCUIT COURT CLERK
MONTGOMERY COUNTY, ALABAMA
251 S. LAWRENCE STREET
MONTGOMERY, AL, 36104

334-832-1260